[915 NE2d 1158, 886 NYS2d 862]

KEITH HAYWOOD, Appellant, v CURTIS DROWN, Respondent. (Action No. 1.)

KEITH HAYWOOD, Appellant, v PAT SMITH et al., Respondents. (Action No. 2.)

Decided September 8, 2009

### APPEARANCES OF COUNSEL

*Dechert LLP*, New York City (*Gary J. Mennitt* of counsel), for appellant.

*Andrew M. Cuomo, Attorney General*, Albany (*Robert M. Gold-farb, Barbara D. Underwood* and *Andrea Oser* of counsel), for respondents.

### OPINION OF THE COURT

■ ■ Upon reargument, following remand by the Supreme Court of the United States, order in *Haywood v Drown* reversed, with costs, motion to dismiss denied and case remitted to Supreme Court, Wyoming County, for further proceedings, and order in *Haywood v Smith* modified, without costs, by denying the motion to dismiss the cause of action predicated on 42 USC § 1983 and remitting to Supreme Court, Wyoming County, for further proceedings on that cause of action and, as so modified, affirmed (*see Haywood v Drown*, 556 US —, 129 S Ct 2108 [2009]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.